AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Respondent, v. NIAGARA MOHAWK POWER CORPORATION et al., Appellants. NEW YORK TELEPHONE COMPANY, Defendant and Third-Party Plaintiff-Appellant, v. TORRINGTON CONSTRUCTION COMPANY, INC., et al., Third-Party Defendants-Respondents. NIAGARA MOHAWK POWER CORPORATION, Defendant and Third-Party Plaintiff-Appellant, v. TORRINGTON CONSTRUCTION COMPANY, INC., et al., Third-Party Defendants-Respondents.— HERLIHY, J. P.

Herlihy, J. P., Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.; Reynolds, J., concurs in a separate memorandum, in which Staley, Jr., J., concurs. REYNOLDS, J., (concurring). We agree with the result only for the same reason given by the majority that we feel bound by *Juba* v. *General Bldrs. Supply Corp.* (7 N Y 2d 48) but it is obvious that an injustice is being done here reading the statute as a whole and we do not think the Legislature ever intended such a construction of the statute which would allow a negligent third party to escape as under the present facts. But if the respondent is to have relief it must be in the Court of Appeals. [51 Misc 2d 940.]